UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 9, 2000

MEMORANDUM TO COUNSEL RE:   Regina Dickerson, et al. v.
McDonald's Corporation, et al.
Civil #L-00-337

Dear Counsel:

    I am in receipt of letters from counsel. The Order of February 15th requested a joint status report in the event that you wish to alter the schedule. You are to confer, either by telephone or in person, and submit a joint status report on or before March 17th. If the report is satisfactory, I will approve it and enter it as the new scheduling order in the case. Please state in the report that the now-scheduled trial date is canceled and that a new trial date will be set at the end of the discovery period.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file