GP:mar
2/29/00

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND - NORTHERN DIVISION

REGINA DICKERSON, et al.          *

      Plaintiffs,          *

v.
                                  *     CIVIL ACTION NO: L00-CV-337

McDONALD'S CORPORATION, et al.
                                  *

      Defendants.
                                  ********

**<u>ORDER</u>**

      Upon consideration of the motion for leave of court to withdraw the appearance of prior counsel filed by defendants, McDonald's Corporation; B.E.T. II Enterprises, Inc., t/a McDonald's, its agents, managers and employees; Earl Taylor, individually; McDonald's of Berlin, Inc., its agents, managers and employees; Thomas Baxter, individually; and Baxter Enterprises, Inc., and any opposition thereto, it is this _14_ day of _March_, 2000,

      **ORDERED**, that the motion for leave of court to withdraw the appearance of prior counsel filed by defendants, McDonald's Corporation; B.E.T. II Enterprises, Inc., t/a McDonald's, its agents, managers and employees; Earl Taylor, individually; McDonald's of Berlin, Inc., its agents, managers and employees; Thomas Baxter, individually; and Baxter Enterprises, Inc., is hereby granted; and

      **ORDERED**, that Linell M. Lukesh, Esquire and John F.X. Morley, Jr., Esquire are hereby permitted to withdraw as counsel in the referenced litigation.

                                                                          **JUDGE**

LAW OFFICES OF
J. OWEN BRACKEN, JR.
SUITE 270
250 WEST PRATT STREET
BALTIMORE, MD 21201