GP:mar
3/31/00

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND - NORTHERN DIVISION

| | | |
|---|---|---|
| REGINA DICKERSON, et al. | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL ACTION NO: L00-CV-337 |
| McDONALD'S CORPORATION, et al. | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*

### LINE

Pursuant to this court's order of March 14, 2000, John F.X. Morley, Jr., Esquire, hereby withdraws his appearance as counsel behalf of McDonald's Corporation; B.E.T. II Enterprises, Inc. t/a McDonald's, its agents, managers and employees; Earl Taylor, individually; and McDonald's of Berlin, Inc., its agents, managers and employees. Guido Porcarelli, Esquire will remain as counsel for these defendants.

_____
Guido Porcarelli
Federal Bar No.: 08058
Law Offices of J. Owen Bracken, Jr.
Suite 220
250 W. Pratt Street
Baltimore, MD 21201
Tel: (410) 752-0575
Fax: (410) 244-7033

_____
John F.X. Morley, Jr.
Law Offices of Pennell, Jenkins,
Robinson, Wolf & Rubinate
Suite 500 - Public Ledge Bldg.
6th & Chestnut Streets
Philadelphia, PA 19106-3476
Tel: (215) 627-3087
Fax: (215) 629-1570

Counsel for Defendants, McDonald's
Corporation; B.E.T. II Enterprises, Inc.,
t/a McDonald's, its agents, managers
and employees; Earl Taylor, individually;
McDonald's of Berlin, Inc., its agents,

## CERTIFICATION OF SERVICE

I hereby certify that service of the line is being made pursuant to Federal Rules Civil Procedure 5 (a) on this 11th day of April, 2000, by mail to counsel for the plaintiffs, Milton S. Savage, Jr., Esquire, Suite 1910, 1616 Walnut Street, Philadelphia, PA 19103; Linell M. Lukesh, Esquire, Harvey, Pennington, Cabot, Griffith & Renneisen, Ltd., 29th Floor, 1834 Market Street, Philadelphia, Pennsylvania 19103; John F.X. Morley, Jr., Esquire of Pennell, Jenkins, Robinson, Wolf, & Rubinate, Suite 500, Public Ledger Building, 6th & Chestnut Streets, 150 South Independence Mall West, Philadelphia, PA 19106-3476; and to Leonard A. Orman, P.A., Suite 1100, 5 Light Street, Baltimore, Maryland 21202.

Guido Porcarelli
Federal Bar No.: 08058
Law Offices of J. Owen Bracken, Jr.
250 W. Pratt Street
Suite 220
Baltimore, MD 21201
Tel: (410) 752-0575
Fax: (410) 244-7033

Counsel for Defendants, McDonald's Corporation; B.E.T. II Enterprises, Inc., t/a McDonald's, its agents, managers and employees; Earl Taylor, individually; McDonald's of Berlin, Inc., its agents, managers and employees; Thomas Baxter, individually; and Baxter Enterprises, Inc.

LAW OFFICES OF
J. OWEN BRACKEN, JR.
SUITE 220
250 WEST PRATT STREET
BALTIMORE, MD 21201

Telephone 752-0575

2