UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 3, 2000

MEMORANDUM TO COUNSEL RE:   Regina Dickerson, et al. v.
McDonald's Corporation, et al.
Civil #L-00-337

Dear Counsel:

    Magistrate Judge Klein advised me that he has rescheduled the settlement conference for August 9th and that the parties request that the schedule remain in place save for expert discovery. This request is reasonable. Accordingly, the dates set out in the scheduling order remain in place except that (i) plaintiff shall disclose her Rule 26 report within 14 days of the settlement conference and (ii) defendant shall disclose its Rule 26 report 30 days thereafter.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Magistrate Judge Klein
Court file