GP:mar
3/31/00

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND - NORTHERN DIVISION

REGINA DICKERSON, et al.          *

      Plaintiffs,              *

v.                                *
                                      *       CIVIL ACTION NO: L00-CV-337
McDONALD'S CORPORATION, et al.
                                      *

      Defendants.              *
                                      ********

## LINE

Pursuant to this court's order of March 14, 2000, Linell M. Lukesh, Esquire, hereby withdraws her appearance as counsel behalf of Thomas Baxter, Individually and Baxter Enterprises, Inc. Guido Porcarelli, Esquire will remain as counsel for these defendants.

| | |
|---|---|
| Guido Porcarelli | Linell M. Lukesh |
| Federal Bar No.: 08058 | Law Offices of Harvey, |
| Law Offices of J. Owen Bracken, Jr. | Pennington, Cabot, Griffith |
| Suite 220 | & Renneisen, Ltd. - 29th Floor |
| 250 W. Pratt Street | 1835 Market Street |
| Baltimore, MD 21201 | Philadelphia, PA 19103 |
| Tel: (410) 752-0575 | Tel: (215) 563-4470 |
| Fax: (410) 244-7033 | Fax: (215) 568-1044 |

Counsel for Defendants, McDonald's
Corporation; B.E.T. II Enterprises, Inc.,
t/a McDonald's, its agents, managers
and employees; Earl Taylor, individually;
McDonald's of Berlin, Inc., its agents,
managers and employees; Thomas Baxter,
individually; and Baxter Enterprises, Inc.

APPROVED THIS _9TH_ DAY OF _May, 2000_

_____
BENSON EVERETT LEGG, U.S.D.J.

LAW OFFICES OF
J. OWEN BRACKEN, JR.
SUITE 220
250 WEST PRATT STREET
BALTIMORE, MD 21201

Telephone 752-0575
Area Code 410

**CERTIFICATION OF SERVICE**

I hereby certify that service of the line is being made pursuant to Federal Rules Civil Procedure 5 (a) on this 8th day of May, 2000, by mail to counsel for the plaintiffs, Milton S. Savage, Jr., Esquire, Suite 1910, 1616 Walnut Street, Philadelphia, PA 19103; Linell M. Lukesh, Esquire, Harvey, Pennington, Cabot, Griffith & Renneisen, Ltd., 29th Floor, 1834 Market Street, Philadelphia, Pennsylvania 19103; John F.X. Morley, Jr., Esquire of Pennell, Jenkins, Robinson, Wolf, & Rubinate, Suite 500, Public Ledger Building, 6th & Chestnut Streets, 150 South Independence Mall West, Philadelphia, PA 19106-3476; and to Leonard A. Orman, P.A., Suite 1100, 5 Light Street, Baltimore, Maryland 21202.

_____
Guido Porcarelli
Federal Bar No.: 08058
Law Offices of J. Owen Bracken, Jr.
250 W. Pratt Street
Suite 220
Baltimore, MD 21201
Tel: (410) 752-0575
Fax: (410) 244-7033

Counsel for Defendants, McDonald's Corporation; B.E.T. II Enterprises, Inc., t/a McDonald's, its agents, managers and employees; Earl Taylor, individually; McDonald's of Berlin, Inc., its agents, managers and employees; Thomas Baxter, individually; and Baxter Enterprises, Inc.

LAW OFFICES OF
J. OWEN BRACKEN, JR.
SUITE 220
250 WEST PRATT STREET
BALTIMORE, MD 21201

Telephone 752-0575
Area Code 410

2