```
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 29  P 3: 20

                    ...'S OFFICE
                    AT BALTIMORE

Y_____DEPUTY
```

GP:mar
8/10/00

## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND - NORTHERN DIVISION

| | | |
|---|---|---|
| REGINA DICKERSON, et al. | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL ACTION NO: L00-CV-337 |
| McDONALD'S CORPORATION, et al. | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL

The parties in the above-captioned matter hereby stipulate to a dismissal, **WITH PREJUDICE**, of all claims filed by all parties against B.E.T. II Enterprises, Inc., t/a McDonald's, its agents, managers and employees; and B.E.T. II Enterprises, Inc. t/a McDonald's of Berlin.

_____
Guido Porcarelli
Federal Bar No.: 08058
Law Offices of J. Owen Bracken, Jr.
Suite 220
250 W. Pratt Street
Baltimore, MD 21201
Tel: (410) 752-0575
Fax: (410) 244-7033

Counsel for Defendants, McDonald's
Corporation; B.E.T. II Enterprises, Inc.,
t/a McDonald's, its agents, managers
and employees; Earl Taylor, individually;
McDonald's of Berlin, Inc., its agents,
managers and employees; Thomas Baxter,
individually, t/a McDonald's of Berlin;
and Baxter Enterprises, Inc.

_____
Leonard Orman
Scanlan, Rosen & Shar, L.L.C.
26 South Street
Baltimore, MD 21202-3272
Tel: (410) 962-0400
Fax: (410) 962-0402

_____
Milton S. Savage, Jr.
Suite 1910
1616 Walnut Street
Philadelphia, PA 19103
Tel: (215) 732-5077
Fax: (215) 732-5076

Counsel for Plaintiffs,
Regina Dickerson and
John Dickerson

APPROVED THIS 29TH DAY OF August, 2000

_____
BENSON EVERETT LEGG, U.S.D.J.

LAW OFFICES OF
J. OWEN BRACKEN, JR.
SUITE 220
250 W. ST PRATT STREET
BALTIMORE, MD 21201

Telephone 752-0575
Area Code 410

**CERTIFICATION OF SERVICE**

I hereby certify that service of the stipulation of dismissal is being made pursuant to Federal Rules Civil Procedure 5 (a) on this 28th day of August, 2000, by mail to counsel for the plaintiffs, Milton S. Savage, Jr., Esquire, Suite 1910, 1616 Walnut Street, Philadelphia, PA 19103; and to Leonard A. Orman, P.A., Suite 1100, 5 Light Street, Baltimore, Maryland 21202.

_____
Guido Porcarelli
Federal Bar No.: 08058
Law Offices of J. Owen Bracken, Jr.
250 W. Pratt Street
Suite 220
Baltimore, MD 21201
Tel: (410) 752-0575
Fax: (410) 244-7033

Counsel for Defendants, McDonald's Corporation; B.E.T. II Enterprises, Inc., t/a McDonald's, its agents, managers and employees; Earl Taylor, individually; McDonald's of Berlin, Inc., its agents, managers and employees; Thomas Baxter, individually, t/a McDonald's of Berlin; Baxter Enterprises, Inc.

LAW OFFICES OF
J. OWEN BRACKEN, JR.
SUITE 220
250 WEST PRATT STREET
BALTIMORE, MD 21201

Telephone 752-0575
Area Code 410

2